# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. THOMAS W. FULBRIGHT, M.D., | CASE NO.: 3:16CV2657 |
| Plaintiff-Relator, | JUDGE JAMES G. CARR |
| v. | |
| HEARTLAND HOSPICE SERVICES, LLC, HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC, IN HOME HEALTH, LLC d/b/a HEARTLAND HOME HEALTH CARE AND HOSPICE, | |
| Defendants. | |

## ORDER

The Relator, Thomas W. Fulbright, M.D., having filed a Notice of Voluntary Dismissal Without Prejudice of this action, and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), this action is dismissed without prejudice as to Relator Thomas W. Fulbright, M.D., and the United States.

This __27th__ day of June, 2018.

/s/ James G. Carr
United States District Judge